# FEDERAL PUBLIC DEFENDER
DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER

1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347


September 23, 2026

Honorable Cari Fais, U.S.M.J.
United States District Court
United States Post Office & U.S. Courthouse
One Federal Square
Newark, NJ 07102

Re: United States v. Abhinandan Vig
Magistrate No. 26-mj-09020

Dear Judge Fais:

I was appointed to represent Abhinandan Vig on May 1, 2026. Since then, I have met with Mr. Vig several times both telephonically and in person. Despite those meetings, it has become apparent that there has been an irreconcilable breakdown in communication between Mr. Vig and me. Accordingly, Mr. Vig has asked that I inform the Court that he would like new counsel to represent him.

I am available should the court have any questions or wish to hear from me further regarding this matter.

Respectfully Submitted,

Linda D. Foster
Assistant Federal Public Defender

cc: Benjamin D. Bleiberg, AUSA (via ECF)